

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 09-01571-M |
| Plaintiff, ) | ORDER OF DETENTION AFTER HEARING |
| ) | (Fed.R.Crim.P. 32.1(a)(6) |
| v. ) | 18 U.S.C. § 3143(a) |
| ) | Allegations of Violations of |
| CHRISTINE DIANE MARTINEZ, ) | Probation/Supervised Release |
| ) | Conditions) |
| Defendant. ) | |

    On arrest warrant issued by the United States District Court for the SDCA involving alleged violations of conditions of probation/supervised release,

    The court finds no condition or combination of conditions that will reasonably assure:

        A.  (✗) the appearance of defendant as required; and/or

        B.  (✓) the safety of any person or the community.

        The Court concludes:

        A.  ( ) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

___

___

___

B. (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that: _she can abide by conditions of release_

IT IS ORDERED defendant be detained.

DATED: July 27, 2009.

*Carolyn Turchin*
CAROLYN TURCHIN
U.S. MAGISTRATE/DISTRICT JUDGE